No. 452. NEWLAND v. INDIANA. Sup. Ct. Ind. Certiorari denied. *Palmer K. Ward* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *John F. Davis,* Deputy Attorney General, for respondent.

No. 454. EATON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 456. CUMBERLAND FARMS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *James L. Taft, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Leonard M. Wagman* for respondent.

No. 458. TELLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna L. Lavin* and *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 459. COASTWISE PACKET CO., INC. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *John M. Hall* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander,* and *Robert V. Zener* for the United States.

No. 466. GYURO v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *W. Paul Flynn* for petitioner.